KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express
Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH R. CINTRON, M.D., individually, | Case No. 2:21-CV-00647 -RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND** |
| AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-10 inclusive, | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff Deborah R. Cintron, M.D. ("Dr. Cintron") and defendant American Express Company ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended from July 2, 2021 until July 23, 2021. This is the first extension sought in connection with this deadline.

KAEMPFER
CROWELL

This extension is requested to permit the recently hired counsel for Amex sufficient time to investigate the allegations in the complaint and to discuss the possibility of settlement with Dr. Cintron.

IRELAND LAW GROUP, LLC

KAEMPFER CROWELL

_/s/ Amanda L. Ireland_

Amanda L. Ireland, No. 13155
7854 West Sahara Avenue
Las Vegas, Nevada 89117

Attorney for Plaintiff Deborah R. Cintron, M.D.

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

Attorneys for Defendant American Express Company

## ORDER

IT IS SO ORDERED.

_____

Cam Ferenbach
United States Magistrate Judge

Dated: _7-2-2021_____

KAEMPFER
CROWELL