KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:  (702) 792-7000
Facsimile:  (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH R. CINTRON, M.D., individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:21-cv-00647-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(SECOND REQUEST)** |

Plaintiff Deborah R. Cintron, M.D. ("Dr. Cintron") and defendant American Express Company ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended until August 6, 2021.  Amex's response was previously due July 23, 2021.  The Parties anticipated the instant action being settled without the need for a response to be filed.  However, since that time, additional facts have been presented which have necessitated the parties to re-visit settlement discussions.

Thus, this extension is requested to permit the parties to discuss the possibility of settlement without incurring additional litigation expenses.

| IRELAND LAW GROUP, LLC | KAEMPFER CROWELL |
|---|---|
| /s/ Amanda L. Ireland | _/s/ Sih Gram_ |
| Amanda L. Ireland, No. 13155 | Robert McCoy, No. 9121 |
| 7854 West Sahara Avenue | Sihomara L. Graves, No. 13239 |
| Las Vegas, Nevada 89117 | 1980 Festival Plaza Drive, Suite 650 |
| | Las Vegas, Nevada 89135 |
| Attorney for Plaintiff Deborah R. Cintron, M.D. | Attorneys for Defendant American Express Company |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 2, 2021 _____