KAEMPFER CROWELL
Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: rmccoy@kcnvlaw.com
Email: sgraves@kcnvlaw.com

Attorneys for Defendant American Express Company

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DEBORAH R. CINTRON, M.D., individually,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-10 inclusive,<br><br>Defendants. | Case No. 2:21-cv-00647-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND**<br><br>**(THIRD REQUEST)** |

Plaintiff Deborah R. Cintron, M.D. ("Dr. Cintron") and defendant American Express Company ("Amex") stipulate that the deadline for Amex to respond to the complaint (ECF No. 1) be extended for a period of 30 days from Friday, August 6, 2021 until Monday, September 6, 2021.

The Parties have reached a settlement and are finalizing settlement paperwork. Upon finalizing settlement paperwork and payment of the settlement amount, the parties will file dismissal paperwork with the Court.

Thus, this extension is requested to permit the parties to finalize their settlement and subsequently dismiss the instant action.

| THE LAW OFFICE OF<br>AMANDA L. IRELAND, LTD. | KAEMPFER CROWELL |
|---|---|
| /s/ Amanda L. Ireland<br>Amanda L. Ireland, No. 13155<br>7854 West Sahara Avenue<br>Las Vegas, Nevada 89117<br><br>Attorney for Plaintiff Deborah R. Cintron, M.D. | Robert McCoy, No. 9121<br>Sihomara L. Graves, No. 13239<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br><br>Attorneys for Defendant American Express Company |

**ORDER**

IT IS SO ORDERED.

IT IS HEREBY ORDERED that that parties must file a proposed stipulation and order for dismissal on or before September 3, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-10-2021